Paolo C. Meireles, Esquire
E-mail: pmeireles@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy, Suite 404
Boca Raton, FL 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBRA BROWER, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MARSHALL RETAIL GROUP, LLC,<br><br>Defendant. | Civil Action No.<br><br>2:17-cv-05629 MCA/SCM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against any party. The United States District Court in and for the District of New Jersey shall retain jurisdiction of this matter for the purposes of enforcing the parties' settlement Agreement.

SHAVITZ LAW GROUP, PA                COOPER LEVENSON, P.A.


By: *s/ Paolo C. Meireles*            By:   *s/ Stephanie E. Farrell*
    Paolo C. Meireles, Esquire              Stephanie E. Farrell, Esquire
    Attorneys for Plaintiff, Debra          Attorneys for Defendant, The Marshall
    Brower                                  Retail Group, LLC

    Dated:  January 28, 2018                Dated:  January 28, 2018